Belfance, Presiding Judge,
concurring.
{¶ 17} I concur because the trial court should interpret Section 706 of the Lafayette Township Zoning Resolution in the first instance. I write separately to emphasize that the trial court should not feel constrained by what may be perceived as this court’s interpretation of Section 706. While this court has listed two possible interpretations of Section 706, these may not be the only reasonable interpretations. Further, I would note that it is also possible that the record before the trial court may not provide sufficient evidence to allow for a meaningful interpretation and application of Section 706; if that is the case, it should be determined whether additional evidence can be taken pursuant to R.C. 2506.03 or whether a remand to the Lafayette Township Board of Zoning Appeals is necessary.